```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
HEATHER M. THOMAS
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2807
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | Cr. No. S-10-256 KJN |
|---|---|
| ) | |
| Plaintiff, ) | Stipulation and Order to |
| ) | Continue Trial Confirmation |
| v. ) | Hearing and Jury Trial |
| ) | |
| ALETHA COLWELL ) | Date:  October 20, 2010 |
| ) | Time:  10:00 a.m. |
| Defendant. ) | Judge: Hon. Kendall J. Newman |
| ) | |

It is hereby stipulated and agreed between the United States and the defendant, ALETHA COLWELL, by and through her undersigned counsel, that the previously scheduled trial confirmation hearing date of October 20, 2010, at 10:00 a.m., and jury trial set for November 15, 2010, at 9:00 a.m., be vacated and a trial confirmation hearing be set for January 5, 2011, at 9:00 a.m. with a jury trial of January 24, 2011, at 9:00 a.m.

This continuance is requested because an essential government witness is unavailable for trial due to training.

///

///

///

1

The parties agree that time may be excluded from the date of this order to January 24, 2011, pursuant to Title 18, United States Code, Section 3161(h)(3)(A)(B), also known as Local Code M, unavailability of an essential witness.

DATED: October _18_, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney


DATED: October 18, 2010       By: /s/ Linda Harter
                                  LINDA HARTER
                                  Chief Assistant Federal Defender
                                  Attorney for Defendant
                                  ALETHA COLWELL


                              O R D E R

IT IS SO ORDERED:

DATED: October 19, 2010


/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge