1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:10-cr-00256-KJM
                                )
12         Plaintiff,            ) ORDER TO CONTINUE ORAL
                                ) ARGUMENT ON APPEAL FROM
13     v.                        ) MAGISTRATE JUDGE
                                )
14 ALETHA COLWELL,              ) DATE:  December 15, 2011
                                ) TIME:  10:00 a.m.
15         Defendant.            ) JUDGE: Kimberly J. Mueller
   _____)
16

17     It is hereby ordered that oral argument in the above-
18 captioned appeal be continued from December 15, 2011 to February
19 9, 2012 at 10 a.m, and that the briefing schedule be modified as
20 follows:

21     • Government's response due:    January 26, 2012

22     • Defendant's reply due:        February 2, 2012

23     • Oral argument:                February 9, 2012

24     IT IS SO ORDERED.

25 Dated: November 23, 2011.

26

27                                 _____
                                   UNITED STATES DISTRICT JUDGE
28