1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    ) No. 2:10-cr-0256 KJN
                                )
12          Plaintiff,          ) ORDER TO SET ASIDE
                                ) JURY VERDICT AND VACATE JUDGMENT
13     v.                       ) AND SENTENCE
                                )
14 ALETHA COLWELL,              )
                                )
15          Defendant.          )
   _____)

16

17     By order dated May 9, 2012, the United States District Court

18 (Mueller, J.) reversed the denial of defendant's motion for

19 judgment of acquittal pursuant to Federal Rule of Criminal

20 Procedure 29.  (Dkt. #79.)  The government has provided notice to

21 the court and the defendant that it does not intend to appeal

22 that ruling.  Accordingly, the court hereby orders that the

23 jury's verdict in this case be set aside, defendant's judgment

24 and sentence (Dkt. #52) be vacated, and that judgment of

25 acquittal be entered for defendant.  IT IS SO ORDERED.

26 Dated:  June 12, 2012

27

28                          _____
                            KENDALL J. NEWMAN
                            UNITED STATES MAGISTRATE JUDGE